FILED

08 SEP -3 PM 2: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2962 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JOSE RUBEN HERNANDEZ-BUGARIN, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose Ruben Hernandez-Bugarin</u>, Criminal Case No. 08CR2483-JLS.

DATED: September 3, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Lara Stingley*

LARA A. STINGLEY
Assistant U.S. Attorney